

NUMBER 13-16-00293-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

G. T. LEACH BUILDERS, L.L.C.-RESIDENTIAL,
G. T. LEACH CONSTRUCTION, L.P.,
AND GARY T. LEACH,                                              Appellants,

v.

SAPPHIRE CONDOMINIUMS ASSOCIATION, INC.,               Appellee.

On appeal from the 138th District Court
of Cameron County, Texas.

# ORDER

**Before Chief Justice Valdez and Justices Garza and Longoria**
**Order Per Curiam**

Appellants, G. T. Leach Builders, L.L.C.-Residential, G. T. Leach Construction,

L.P., and Gary T. Leach, have filed a "Motion for Stay Pending Accelerated Appeal, and

Alternatively, Petition for Writ of Mandamus to Enforce Mandatory Statutory Stay."

Appellants have appealed a May 19, 2016 order denying their application to compel

arbitration under Chapter 171 of the Texas Civil Practice and Remedies Code. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 171.021, .025 (West, Westlaw through 2015 R.S.). Appellants seek an order staying the underlying litigation pending resolution of this appeal under section 171.025 of the Texas Civil Practice and Remedies Code and various provisions of the Texas Rules of Appellate Procedure. *See id.* § 171.025; TEX. R. APP. P. 29.3, 29.5, 29.6. According to appellants, requiring them to participate in discovery on the merits, pretrial preparation and a trial of potentially arbitrable issues while their appeal is pending would impair or render moot the effectiveness of the relief sought through the appeal.

Having reviewed and fully considered appellants' motion, we GRANT the motion in part, DENY it in part, and DISMISS it in part. We GRANT the motion insofar as we order the trial court proceedings STAYED pending further order of this Court. We DENY the motion insofar as appellants request that we stay the litigation pending resolution of any future appeal in the Texas Supreme Court. We DISMISS the motion as moot insofar as we are addressing appellants' motion through this pending interlocutory appeal, and thus the requested alternative relief of a petition for writ of mandamus is moot.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
23rd day of June, 2016.